Nicole Lovelock, Esq.
Nevada State Bar No. 11187
Justin C. Jones, Esq.
Nevada State Bar No. 8519
**JONES LOVELOCK**
400 S. 4th St., Ste. 500
Las Vegas, Nevada 89101
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: jjones@joneslovelock.com

Michael B. Mattingly
(Admitted to the Nevada Bar *pro hac vice*)
Michael W. Hawkins
(Admitted to the Nevada Bar *pro hac vice*)
**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8397
Facsimile: (513) 977-8141
E-mail: Michael.mattingly@dinsmore.com
E-mail: Michael.hawkins@dinsmore.com

Attorney for Defendant TRANSDEV NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEATRICE Y. SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TRANSDEV NORTH AMERICA, INC., ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 2:18-cv-01871-RFB-PAL<br><br>**STIPULATION TO DISMISS *WITH PREJUDICE* ALL CLAIMS AND ALL DEFENDANTS**<br><br>**AND ORDER THEREON** |

/ / /

/ / /

JONES LOVELOCK
400 S. 4th St., Ste. 500
Las Vegas, NV89101

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel of record, and Defendants, by and through their counsel of record, hereby stipulate and agree that all of Plaintiff's claims against Defendants in the above-captioned action are dismissed ***with prejudice***, with each party to bear their own costs and fees.

Dated this 18th day of January, 2019.  Dated this 18th day of January, 2019.

/s/   Adam Ross Fulton  
Adam Ross Fulton (11572)  
Jared B. Jennings (7762)  
Tod R. Dubow (7323)  
**Jennings & Fulton, LTD.**  
2580 Sorrel Street  
Las Vegas, NV 89146  
Telephone: 702-979-3565  
Fax: 702-362-2060  
Email: afulton@jfnvlaw.com  
Email: jjennings@jfnvlaw.com  
Email: tdubow@jfnvlaw.com  

*Attorneys for Plaintiff*

/s/ Nicole Lovelock  
Nicole Lovelock (11187)  
Justin C. Jones (8519)  
**JONES LOVELOCK**  
400 S. 4th St., Ste. 500  
Las Vegas, Nevada 89101  
Telephone: (702) 805-8450  
Fax: (702) 805-8451  
Email: nlovelock@joneslovelock.com  
Email: jjones@joneslovelock.com  

Michael Wesley Hawkins (*pro hac vice*)  
Michael B. Mattingly (*pro hac vice*)  
**DINSMORE & SHOHL LLP**  
255 East Fifth Street, Suite 1900  
Cincinnati, OH 45202  
Telephone: 513-977-8200  
Fax: 513-977-8141  
Email: michael.hawkins@dinsmore.com  
Email: michael.mattingly@dinsmore.com  

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____  
RICHARD F. BOULWARE, II  
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of January, 2019.

2